Circuit denied. *Messrs. Sherwin A. Hill* and *Carl V. Essery* for petitioner. *Messrs. Frederick L. Leckie* and *Thomas H. Garry* for respondent.

No. 75. SNYPP *v.* OHIO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. A. S. Iddings* for petitioner. *Mr. Harry N. Routzohn* for respondent.

No. 76. DUNKLEE *v.* CUNARD STEAMSHIP CO., LTD. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry D. Thirkield* for petitioner. *Mr. George de Forest Lord* for respondent.

No. 79. NUSBAUM, TRUSTEE IN BANKRUPTCY, *v.* NEW LIBERTY LOAN & SAVINGS ASSN. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Charles C. Scott* for petitioner. No appearance for respondent.

No. 80. CENTRAL IRON & STEEL Co. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Ralph J. Baker* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 169. CLEVELAND AUTOMOBILE Co. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari